**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-0991- JLT<br><br>ORDER DIRECTING PLAINTIFF FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (Doc. 1; Doc. 16) The Court's preliminary review of the record indicates Plaintiff is sixteen years old. Because Plaintiff is a minor, he is unable to prosecute the claims presented in the complaint and his claims may only be brought "by a next friend or a guardian ad litem." *See* Fed. R. Civ. P. 17(c)(2).

In addition, pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). However, the complaint failed to inform the Court that Plaintiff is a minor, there is no evidence identified of the appointment of a representative for the minor child, and

1

no showing that such an appointment is not necessary.  Thus, a guardian ad litem must be appointed for Plaintiff to prosecute this action.

Accordingly, the Court **ORDERS**:  Plaintiff **SHALL** file a motion appointment of a guardian ad litem **no later than August 10, 2020**.

IT IS SO ORDERED.

Dated:   **July 20, 2020**                                  /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE