UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTILLO, by and through his guardian ad litem DANIEL PEDRAZA REYES,<br>        Plaintiff,<br>    v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | Case No.: 1:20-cv-0991 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

On September 8, 2021, the parties stipulated for the Commissioner to have an extension of time. (Doc. 19) Marcelo Illarmo, counsel for the Commissioner, asserts the extension is necessary due to his workload, which includes "12 briefs due in district court cases over the next 30 days." (*Id.* at 2) He also reports he "was recently assigned this case due to another attorney's departure." (*Id.*) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**: The extension of time (Doc. 19) is **GRANTED**; and the Commissioner **SHALL** file a response to Plaintiff's motion for summary judgment no later than **October 24, 2021**.

IT IS SO ORDERED.

Dated:   **September 8, 2021**                    _____ **/s/ Jennifer L. Thurston**
                                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE