UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CASTILLO, by and through his guardian ad litem DANIEL PADRAZA REYES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:20-cv-0991 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARTIN CASTILLO AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　On October 22, 2021, Martin Castillo and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 21 at 1-2.) Pursuant to the terms of the stipulation, the administrative decision shall be reversed and an ALJ shall "conduct any necessary further proceedings and issue a new decision." (*Id.* at 2.) In addition, the parties stipulated that judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id.*)

　　　　Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　The matter is **REMANDED** for further administrative proceedings under sentence four

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

of 42 U.S.C. § 405(g);

2. Plaintiff's motion for summary judgment (Doc. 17) is terminated as **MOOT**; and

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Martin Castillo and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __October 25, 2021__                 _ /s/ Jennifer L. Thurston
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

2